IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00111

| | | |
|---|---|---|
| WILLIAM HARRIS and PHYLLIS HARRIS, | ) ) ) | JOINT MOTION AND STIPULATION TO AMEND THE SCHEDULING ORDER AND STAY DISCOVERY AS TO DEFENDANT MARY JANE VANDERBURG |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| MARY JANE VANDERBURG, DOUGLAS MATTHEW GURKINS, REMCO EAST, INC., and MARY GRACE BISHOP, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties hereby move for and stipulate to issuance of an amended scheduling order (ECF 49) extending current litigation deadlines by 28 days. A proposed order is lodged as an attachment to this joint motion and emailed to chambers.

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, there is good cause to grant this motion for the following reasons:

<u>First</u>, it is timely since it seeks to extend deadlines that have not yet expired. Fed. R. Civ. P. 6(b)(1)(A).

<u>Second</u>, all represented parties join in this motion.

<u>Third</u>, the parties learned last week and confirmed today that Jonathan

Bridgers, attorney for defendant Mary Jane Vanderburg, passed away unexpectedly on January 31, 2020. The parties believe that as a result of his death, Ms. Vanderburg will need time to retain new counsel who will need to appear in this action on her behalf.

Fourth, to avoid prejudice to Ms. Vanderburg, the parties move for issuance of the following order:

1. The deadlines set in the Court's last scheduling order be extended by 28 days. The proposed order reflects the new dates and deadlines; and,

2. That any discovery or motion that requires a response by Ms. Vanderburg be stayed for 28 days to enable her time to locate new counsel.

Fifth, no pretrial conference or trial date has been set by the Court in this action.

Accordingly, there is good cause to grant this motion continuing the

///

///

///

///

litigation deadlines listed in the scheduling order (ECF 49) by 28 days and staying any responses to motions or discovery that may be due from Ms. Vanderburg for 28 days.

SO STIPULATED.

Dated: February 13, 2020.

Respectfully submitted,

*/s/ Kelly Anne Clarke*
Kelly Anne Clarke
Legal Aid of North Carolina
2101 Angier Avenue, Suite 300
Durham, NC 27703
Fax: (919) 861-1887
kellyc@legalaidnc.org

*/s/ Christopher Brancart*
Christopher Brancart
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
CA Bar 128475
[By Special Appearance]

Attorneys for Plaintiffs

*/s/ W. Gregory Duke*
W. Gregory Duke
119 W. Fourth Street
Greenville, NC 27858
Fax: (252) 758-4080
thedukelawfirmnc@gmail.com

Attorney for Defendant Douglas Matthew Gurkins

*/s/ Spencer Beard*
Spencer Beard
McAngus Goudelock & Courie
Post Office Box 12327
Wilmington, NC 28405
Fax: (910) 920-9157
spencer.beard@mgclaw.com

Attorney for Defendants Remco East, Inc. and Mary Grace Bishop

# CERTIFICATE OF SERVICE

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on February 13, 2020, I served by email via the ECF system a copy of the attached document – **JOINT MOTION AND STIPULATION TO AMEND THE SCHEDULING ORDER AND STAY DISCOVERY AS TO DEFENDANT MARY JANE VANDERBURG** – upon the following attorneys:

Kelly Anne Clarke
Legal Aid of North Carolina
2101 Angier Avenue, Suite 300
Durham, NC 27703
Fax: (919) 861-1887
kellyc@legalaidnc.org

THE BRIDGERS LAW FIRM, P.A
Jonathan Bridgers
625 Lynndale Court, Suite C
Greenville, NC 27858
Telephone: 252-227-4782
Fax: 252-227-4654
jonathan@thebridgerslawfirm.com

[For Vanderburg]

Ayanda Dowtin Meachem
Legal Aid of North Carolina
P.O. Box 564
Ahoskie, NC 27910
Fax: (252) 332-3317
ayandam@legalaidnc.org

Walt Rapp
Spencer Beard
McAngus Goudelock & Courie
Post Office Box 12327
Wilmington, NC 28405
Fax: (910) 920-9157
walt.rapp@mgclaw.com
spencer.beard@mgclaw.com

[For Remco East and Bishop]

Luis Juan Pinto
Legal Aid of North Carolina
Post Office Box 7283
Greenville, North Carolina 27835
Fax: (252) 758-1843
luisp@legalaidnc.org

W. Gregory Duke
119 W. Fourth Street
Greenville, NC 27858
Fax: (252) 758-4080
thedukelawfirmnc@gmail.com

[For Gurkins]

                          */s/ Christopher Brancart*