IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00111-D

| | |
|---|---|
| WILLIAM HARRIS and<br>PHYLLIS HARRIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY JANE VANDERBURG,<br>DOUGLAS MATTHEW<br>GURKINS, REMCO EAST, INC.,<br>and MARY GRACE BISHOP,<br><br>    Defendants. | ORDER AMENDING SCHEDULE<br>AND STAYING DISCOVERY AS<br>TO DEFENDANT MARY JANE<br>VANDERBURG |

Based on the joint motion and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the amended scheduling order (ECF 49) and deadlines as to defendant Mary Jane Vanderburg are amended as follows:

## I. AMENDED SCHEDULING ORDER

The parties will conduct discovery in this matter in accordance with the Federal Rules of Civil Procedure. Except as modified below, the Discovery Plan is APPROVED AND ORDERED with the following critical deadlines:

1. Reports from retained experts are due by March 27, 2020, and from rebuttal experts by April 24, 2020.

2. All discovery shall be completed by July 24, 2020;

3. All potentially dispositive motions shall be filed by July 24, 2020; and

4. At least twenty days before the final pretrial conference, all parties shall provide to all other parties the pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). Ten days before the pretrial conference, any party may designate and serve any objections to the disclosures. The parties' Rule 26(a)(3) disclosures and objections shall be incorporated into the final pretrial order. The pretrial order shall be submitted to the court five business days prior to the pretrial conference.

5. The matter will be set for trial by separate order.

Any party who makes an appearance after this scheduling order has been entered shall be required to confer with opposing counsel within twenty days after the party's appearance in the case. Such party will be bound by the discovery provisions contained in this order unless the party petitions the court by motion to amend this order.

In addition, motions to join additional parties and to amend pleadings must be made promptly after the information giving rise to the motion becomes known to the party or counsel. Any such motion filed after December 20, 2019, must meet

the standards of Fed. R. Civ. P. 15 and 16.

Finally, the parties are reminded that, on request, this court will assist with settlement negotiations or other ADR such as summary jury trial by making available a judge other than the trial judge to explore possibilities.

## II. STAY RE DEFENDANT MARY JANE VANDERBURG

Any response to discovery or litigation by defendant Mary Jane Vanderburg is hereby stayed until March 12, 2020.

SO ORDERED. This **14** day of February 2020.

                                                   JAMES C. DEVER III
                                                   United States District Judge