IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-CV-111-D

| | |
|---|---|
| WILLIAM HARRIS and PHYLLIS HARRIS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER** |
| | ) |
| MARY JANE VANDERBURG; DOUGLAS MATTHEW GURKINS; REMCO EAST, INC.; and MARY GRACE BISHOP, | )<br>)<br>)<br>) |
| Defendants. | ) |

This case comes before the court to schedule a telephone conference with counsel to discuss further settlement proceedings in this case, including resumption of the court-hosted settlement conference, the initial session of which was held on 19 October 2020. *See* D.E. 81, 82. The telephone conference will be held on Wednesday, 2 December 2020, at 2:00 p.m.[1] Counsel shall contact Deputy Clerk Bobbie Horton no later than noon on Tuesday, 1 December 2020, at (919) 645-1774 to make appropriate telephonic arrangements for the conference.

SO ORDERED, this 6th day of November 2020.

James E. Gates
United States Magistrate Judge

---

[1] The court envisions this telephone conference as a discussion of future settlement proceedings lasting up to an hour or so. See 20 Oct. 2020 Ord. (D.E. 81). If, instead, as the parties' joint notice of proposed dates for the telephone conference (D.E. 82) may suggest, the parties envision this telephone conference as another potentially day-long session of the settlement conference, counsel shall file a notice to that effect by 10 November 2020, which may result in a change of the date for the telephone conference.