IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4: 19-CV-00111-D

| | |
|---|---|
| **WILLIAM HARRIS** *and* **PHYLLIS HARRIS**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **MARY JANE VANDERBURG, DOUGLAS MATTHEW GURKINS, REMCO EAST, INC.,** *and* **MARY GRACE BISHOP**, <br><br> *Defendants.* | **ORDER** |

The above-captioned matter comes before the Court on the Plaintiffs' Motion for Substitution of Party Following the Death of Defendant Mary Jane Vanderburg and, for good cause shown, IT IS HEREBY ORDERED that Michael V. Gurkins, in his capacity as Executor of the Estate of Mary Jane Vanderburg, is substituted in this action for Defendant Mary Jane Vanderburg and the case caption shall be amended accordingly.

SO ORDERED. This **22** day of April, 2022.

JAMES C. DEVER III
United States District Judge