IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-CV-111-D

WILLIAM HARRIS and PHYLLIS )
HARRIS, )
)
      Plaintiffs, )
)
v. )     **ORDER**
)
MICHAEL V. GURKINS, In His Capacity )
as Executor of the Estate of Mary Jane )
Vanderburg, et al., )
)
      Defendants. )

After a full day of discussions, the court recessed the session of the court-hosted settlement conference held in this case on 29 June 2022. Based on the proceedings at that session, the court finds that the convening of an additional session of the court-hosted settlement conference is warranted. It is therefore ORDERED as follows:

1.     As soon as practicable, but in no event later than 8 July 2022, counsel shall confer and determine three dates upon which they and the other required attendees under Local Civil Rule 101.2(d)(1), E.D.N.C., excluding Douglas Matthew Gurkins whose personal attendance shall be excused for the reasons referenced in the court's 25 February 2022 order (D.E. 136 at 1 ¶ 2), are mutually available to attend the entire session, which shall be conducted through the court's videoconference system, Cisco Meeting System ("CMS"). The required attendees shall include specifically defendants Mary Grace Bishop and Remco East, Inc. *See* 25 Feb. 2022 Ord. 1-2 ¶¶ 2-3. The required attendees shall also include defendant Michael V. Gurkins, as executor of the estate of Mary Jane Vanderburg. The proposed dates shall be between 1 August and 19 August 2022, unless good cause is shown for any proposed date outside this period.

2.       Counsel for plaintiffs shall file a notice setting out the proposed dates for this additional session of the settlement conference within two days after the conferral of counsel provided for in the preceding paragraph.

3.       The court will schedule the session after review of the notice.

4.       The session of the settlement conference shall be conducted in accordance with Local Civil Rule 101.2, E.D.N.C., except as provided herein and by subsequent order.

SO ORDERED, this 30th day of June 2022.

_____
James E. Gates
United States Magistrate Judge

2