IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:19-CV-00111-D

| | |
|---|---|
| WILLIAM HARRIS *and* PHYLLIS HARRIS,<br><br>*Plaintiffs,*<br><br>v.<br><br>MICHAEL V. GURKINS, in his capacity as Executor of the Estate of Mary Jane Vanderburg, DOUGLAS MATTHEW GURKINS, REMCO EAST, INC., *and* MARY GRACE BISHOP,<br><br>*Defendants.* | **ORDER GRANTING UNOPPOSED MOTION FOR ORDER CLARIFYING DEADLINE TO FILE PLAINTIFFS' MOTION TO COMPEL FINANCIAL CONDITION DISCOVERY** |

THIS CAUSE being heard by the undersigned upon plaintiffs' unopposed motion for an order clarifying the deadline to file plaintiffs' motion to compel financial condition discovery and it appearing to the Court that the motion should be allowed for good cause shown;

IT IS THEREFORE ORDERED that plaintiffs have until 14 days after the final settlement conference is conducted by Magistrate Judge James E. Gates to file their motion to compel financial condition discovery from defendants Remco East

1

and Mary Grace Bishop.

SO ORDERED. This the 12 day of July, 2022.

_____
James C. Dever III
United States District Judge