IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00111

| | |
|---|---|
| WILLIAM HARRIS and PHYLLIS HARRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL V. GURKINS, in his capacity as Executor of the Estate of Mary Jane Vanderburg, DOUGLAS MATTHEW GURKINS, REMCO EAST, INC., and MARY GRACE BISHOP, <br><br> Defendants. | PLAINTIFFS' STATUS REPORT RE FINALIZING SETTLEMENT DOCUMENTS RESOLVING PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL V. GURKINS, IN HIS CAPACITY AS EXECUTOR OF THE ESTATE OF MARY JANE VANDERBURG ONLY |

Pursuant to the Court's direction, plaintiff William and Phyllis Harris submit this report to Magistrate Judge Gates regarding the finalization of the settlement between plaintiffs and defendant Michael V. Gurkins, in his capacity as Executor of the Estate of Mary Jane Vanderburg only.

Since the placement of the material terms of this settlement on the records before Magistrate Judge Gates on July 15, 2022, counsel for these parties have actively conferred to finalize these settlement documents:

1. On July 19, 2022, the parties approved the text and terms of the proposed consent decree that will be lodged for District Judge Dever's

review and approval;

2. On August 2, 2022, today, the parties approved the text of a stipulation for entry of the proposed consent decree and an order dismissing this action as to these parties only, subject to the terms of the consent decree; and,

3. On August 2, 2022, today, the parties approved the text of the mutual release to be executed by these parties.

Counsel need to collect signatures of their clients on the mutual release. Once that it done, plaintiffs will file these parties' stipulation for entry of the proposed consent decree and dismissal order. Plaintiffs anticipate that these steps will be

///

///

///

completed by Thursday, August 4, 2022.

* * *

Dated: August 2, 2022.

Respectfully submitted,

| | |
|---|---|
| BRANCART & BRANCART | LEGAL AID OF NORTH CAROLINA |
| */s/ Christopher Brancart* | */s/ Kelly Anne Clarke* |
| Christopher Brancart | Kelly Anne Clarke |
| Brancart & Brancart | Legal Aid of North Carolina |
| P.O. Box 686 | 2101 Angier Avenue, Suite 300 |
| Pescadero, CA 94060 | Durham, NC 27703 |
| Tel: (650) 879-0141 | Tel: (919) 865-3825 |
| Fax: (650) 879-1103 | Fax: (919) 861-1887 |
| cbrancart@brancart.com | kellyc@legalaidnc.org |
| CA Bar 128475 | NC Bar 28188 |
| [By Special Appearance] | |
| | LEGAL AID OF NORTH CAROLINA |
| LEGAL AID OF NORTH CAROLINA | Ayanda Dowtin Meachem |
| Luis Juan Pinto | Legal Aid of North Carolina |
| Legal Aid of North Carolina | P.O. Box 564 |
| P.O. Box 7283 | Ahoskie, NC 27910 |
| Greenville, NC 27835 | Tel: (252) 332-5124 |
| Tel: (252) 347-0135 | Fax: (252) 332-3317 |
| luisp@legalaidnc.org | ayandam@legalaidnc.org |
| NC Bar 53823 | NC Bar 37714 |

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 2, 2022, I served by email via ECF a copy of the attached document – **PLAINTIFFS' STATUS REPORT RE FINALIZING SETTLEMENT DOCUMENTS RESOLVING PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL V. GURKINS, IN HIS CAPACITY AS EXECUTOR OF THE ESTATE OF MARY JANE VANDERBURG ONLY** – upon the following attorneys:

| | |
|---|---|
| Kelly Anne Clarke<br>Legal Aid of North Carolina<br>2101 Angier Avenue, Suite 300<br>Durham, NC 27703<br>Fax: (919) 861-1887<br>kellyc@legalaidnc.org | Jay C. Salsman<br>A. Ruthie Sheets<br>Harris Creech Ward & Blackerby<br>325 Pollock Street<br>P.O. Drawer 1168<br>New Bern, NC 28560<br>ars@harriscreech.com<br>jcs@harriscreech.com<br>[For Michael V. Gurkins, Estate Executor] |
| Ayanda Dowtin Meachem<br>Legal Aid of North Carolina<br>P.O. Box 564<br>Ahoskie, NC 27910<br>Fax: (252) 332-3317<br>ayandam@legalaidnc.org | Spencer Beard<br>Luke Dalton<br>McAngus Goudelock & Courie<br>Post Office Box 12327<br>Wilmington, NC 28405<br>spencer.beard@mgclaw.com<br>luke.dalton@mgclaw.com<br>[For Remco East and Bishop] |
| Luis Juan Pinto<br>Legal Aid of North Carolina<br>P.O. Box 7283<br>Greenville, NC 27835<br>Fax: (252) 758-1843<br>luisp@legalaidnc.org | Joseph Dupree<br>123 West Third Street<br>P.O. Box 1219<br>Fax: (252) 329-0444<br>jaybdupree@gmail.com<br>[For Douglas M. Gurkins] |

                                        */s/ Christopher Brancart*