IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-CV-111-D

| | |
|---|---|
| WILLIAM HARRIS and PHYLLIS HARRIS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| MICHAEL V. GURKINS, In His Capacity as Executor of the Estate of Mary Jane Vanderburg, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This case comes before the court on the motion (D.E. 167) of Michael V. Gurkins in his capacity as the Executor of the Estate of Mary Jane Vanderburg ("Estate") to be excused from attendance at the session of the court-hosted settlement conference to be held on 18 August 2022. In light of dismissal of all claims against Mr. Gurkins as Executor of the Estate (*see* D.E. 164, 165, 166), the motion is ALLOWED and Mr. Gurkins is excused from attendance at the 18 August 2022 session of the court-hosted settlement conference.

SO ORDERED, this 10th day of August 2022.

_____
James E. Gates
United States Magistrate Judge