IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-111-D

WILLIAM HARRIS, and )
PHYLLIS HARRIS, )
)
          Plaintiffs, )
)
v. ) **ORDER**
)
MARY JANE VANDERBURG, et al., )
)
          Defendants. )

Not later than September 9, 2022, the parties shall file a joint statement updating the court on the status of this long-pending case. That report shall advise the court of the status of settlement negotiations and the case. The parties shall also be prepared to submit joint proposed trial dates for early 2023.

SO ORDERED. This 19 day of August, 2022.

                                                    JAMES C. DEVER III
                                                    United States District Judge