Plaintiffs' Ex. 7

### Re: Harris - LT re resolution of NW discovery dispute

Kelly Clarke <KellyC@legalaidnc.org>
Tue 8/30/2022 2:38 PM
To: Spencer Beard <Spencer.Beard@mgclaw.com>;Christopher Brancart <cbrancart@brancart.com>;Luke Dalton <Luke.Dalton@mgclaw.com>
Cc: Ayanda Meachem <AyandaM@legalaidnc.org>;Luis Pinto <LuisP@legalaidnc.org>

Ok. Thanks for letting me know, Spencer.

*Kelly Clarke*
Co-Director/Managing Attorney
Legal Aid of North Carolina, Inc. - Fair Housing Project
2101 Angier Avenue, Suite 300
Durham, NC 27703
919.865.3825 (voice)
919.861.1887 (fax)
Pronouns: she/ her/ hers

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me. Thank you.

---

**From:** Spencer Beard <Spencer.Beard@mgclaw.com>
**Sent:** Tuesday, August 30, 2022 2:22 PM
**To:** Kelly Clarke <KellyC@legalaidnc.org>; Christopher Brancart <cbrancart@brancart.com>; Luke Dalton <Luke.Dalton@mgclaw.com>
**Cc:** Ayanda Meachem <AyandaM@legalaidnc.org>; Luis Pinto <LuisP@legalaidnc.org>
**Subject:** RE: Harris - LT re resolution of NW discovery dispute

Thanks Kelly,

Sorry for the delay. I have been in, and am still in, depositions today.

I can't agree to this plan.



**Spencer Beard**, *Attorney*
spencer.beard@mgclaw.com
1001 Military Cutoff Road, Ste 310
Wilmington, NC 28405
Main:910-726-1122 | Direct:910-726-1610 | Fax:910-920-9157

This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication!

Please consider the environment before printing this email.

**From:** Kelly Clarke <KellyC@legalaidnc.org>

**Sent:** Monday, August 29, 2022 3:57 PM
**To:** Spencer Beard <Spencer.Beard@mgclaw.com>; Christopher Brancart <cbrancart@brancart.com>; Luke Dalton <Luke.Dalton@mgclaw.com>
**Cc:** Ayanda Meachem <AyandaM@legalaidnc.org>; Luis Pinto <LuisP@legalaidnc.org>
**Subject:** Re: Harris - LT re resolution of NW discovery dispute

Hey Spencer:

Given where we are now in the case and the motion to compel deadline of September 1, would your clients be agreeable to reconsider submitting to plaintiffs the net worth information previously requested in discovery?

I know it has been awhile since the below email exchange but it appeared the #3 option Chris proposed in his letter dated December 20, 2020 (<u>also attached</u>) might work for your client?

If an exchange of net worth information is a possibility, we would ask for the parties to file a stipulation with the court on or before September 1 - asking for a two-week extension to file the motion to compel, with NW information requested in the previous discovery being exchanged by 5pm on September 8, 2022.

Please let us know by tomorrow, August 30th by 5pm if this arrangement or proposed plan works.

Thanks, Spencer.

Sincerely,
Kelly


*Kelly Clarke*
Co-Director/Managing Attorney
Legal Aid of North Carolina, Inc. - Fair Housing Project
2101 Angier Avenue, Suite 300
Durham, NC 27703
919.865.3825 (voice)
919.861.1887 (fax)
Pronouns: she/ her/ hers

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me. Thank you.

---

**From:** Spencer Beard <Spencer.Beard@mgclaw.com>
**Sent:** Tuesday, December 29, 2020 11:02 AM
**To:** Kelly Clarke <KellyC@legalaidnc.org>; Christopher Brancart <cbrancart@brancart.com>; A. Ruthie Sheets <ars@hcwb.net>; J.B. Dupree <jaybdupree@gmail.com>; Jay Salsman <jcs@hcwb.net>; Luke Dalton <Luke.Dalton@mgclaw.com>
**Cc:** Ayanda Meachem <AyandaM@legalaidnc.org>; Luis Pinto <LuisP@legalaidnc.org>; Matthew Dahl <sdupree@brancart.com>
**Subject:** RE: Harris - LT re resolution of NW discovery dispute


This confirms that as to Remco and Bishop, plaintiffs' duty to confer has been exhausted.

As to the 4 options presented as possible paths to be taken by plaintiffs, I can say, without waiving anything or

## Re: Harris - LT re resolution of NW discovery dispute

Kelly Clarke <KellyC@legalaidnc.org>
Tue 8/30/2022 2:38 PM
To: Spencer Beard <Spencer.Beard@mgclaw.com>;Christopher Brancart <cbrancart@brancart.com>;Luke Dalton <Luke.Dalton@mgclaw.com>
Cc: Ayanda Meachem <AyandaM@legalaidnc.org>;Luis Pinto <LuisP@legalaidnc.org>

Ok. Thanks for letting me know, Spencer.

*Kelly Clarke*
Co-Director/Managing Attorney
Legal Aid of North Carolina, Inc. - Fair Housing Project
2101 Angier Avenue, Suite 300
Durham, NC 27703
919.865.3825 (voice)
919.861.1887 (fax)
Pronouns: she/ her/ hers

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me. Thank you.

**From:** Spencer Beard <Spencer.Beard@mgclaw.com>
**Sent:** Tuesday, August 30, 2022 2:22 PM
**To:** Kelly Clarke <KellyC@legalaidnc.org>; Christopher Brancart <cbrancart@brancart.com>; Luke Dalton <Luke.Dalton@mgclaw.com>
**Cc:** Ayanda Meachem <AyandaM@legalaidnc.org>; Luis Pinto <LuisP@legalaidnc.org>
**Subject:** RE: Harris - LT re resolution of NW discovery dispute


Thanks Kelly,

Sorry for the delay. I have been in, and am still in, depositions today.

I can't agree to this plan.



**Spencer Beard**, *Attorney*
spencer.beard@mgclaw.com
1001 Military Cutoff Road, Ste 310
Wilmington, NC 28405
Main:910-726-1122 | Direct:910-726-1610 | Fax:910-920-9157

This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication!

Please consider the environment before printing this email.

**From:** Kelly Clarke <KellyC@legalaidnc.org>